IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THOMAS B. GINTER,<br><br>      Plaintiff,<br>v.<br><br>CATHERINE M. JOHNSON,<br>KELSEY B. YOUNG,<br><br>      Defendants. | ORDER ADOPTING REPORT &<br>RECOMMENDATION<br><br>Case No. 2:13-cv-225-DN-EJF<br><br>District Judge David Nuffer |

  Before the court is Magistrate Judge Furse's Report and Recommendation (R & R)[1] under 28 U.S.C. § 636(b)(1)(B) recommending that the court grant Defendant's Motion to Dismiss.[2] Plaintiff Thomas B. Ginter filed a document[3] which the court has construed as an objection to the R & R. Ginter's objection fails to directly address any of findings contained in the R & R. Instead Ginter provides a somewhat incoherent list of terms without stating how they relate to his objection or to the R & R.[4]

---

[1] Report and Recommendation Re: Motion to Dismiss (ECF No. 6), docket no. 18, signed Dec. 20, 2013 and filed Dec. 22, 2013.

[2] Motion to Dismiss, docket no. 6, filed Apr. 29, 2013.

[3] Affidavit of Thomas B. Ginter Answer and Rebuttal to Motion to Dismiss (ECF NO. 6), docket no. 19, filed Jan. 8, 2013.

[4] *Id.* at 1-2.

The court has reviewed all relevant materials de novo and adopts the Report and Recommendation[5] in its entirety. Ginter's objection is OVERRULED.  The motion to dismiss[6] is GRANTED.  The Clerk of the Court is directed to close the case

Signed March 27, 2014.

BY THE COURT

_____
District Judge David Nuffer

---

[5] Docket no. 18.

[6] Docket no. 6.